COURT
OF APPEALS

                                       SECOND
DISTRICT OF TEXAS

                                                   FORT
WORTH 

 

                                        NO.
2-09-107-CV

 

IN THE INTEREST OF I.M.,
K.M.,

A.M., AND M.M., CHILDREN

 

 

                                               ----------

           FROM
THE 323RD DISTRICT COURT OF TARRANT COUNTY

                                               ----------

                  MEMORANDUM
OPINION[1]
AND JUDGMENT

                                               ----------

We have considered appellant V.M.=s AMotion
To Dismiss Appeal.@ 
It is the court=s opinion that the motion should
be granted; therefore, we dismiss the appeal of appellant V.M.  See Tex. R. App. P. 42.1(a)(1),
43.2(f).  The appeal of appellant T.N.
remains pending.

 

PER
CURIAM

 

 

PANEL:  DAUPHINOT, GARDNER, and WALKER, JJ.

 

DELIVERED:  June 25, 2009











[1]See Tex. R. App. P. 47.4.